# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LESLIE MCDERMOTT** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:25–CV–11100–DLC** |
| **DEME OFFSHORE US, INC;** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Nilsa Barbosa**
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–04–25 10:01:28**, Clerk USDC DMA

Civil Action No.: **1:25−CV−11100−DLC**

## PROOF OF SERVICE



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

May 14, 2025

I hereby certify and return that on 5/13/2025 at 8:50 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Tasha Mann, agent and person in charge at the time of service for DEME Offshore US Inc., at CT Corporation System 155 Federal Street Suite 700 Boston, MA 02110 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($1.00) U.S. District Court Fee ($5.00) Administrative Fee ($15.00) Deputy Expense ($5.00) Total: $62.30

Deputy Sheriff     Joseph Casey

*Deputy Sheriff*

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date

*Server's Signature*

*Printed name and title*

*Server's Address*

Additional information regarding attempted service, etc: